**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW, | ) Case No.: 11-CV-02752-LHK |
|  | ) |
| Plaintiff, | ) ORDER GRANTING PLAINTIFF'S |
| v. | ) MOTION TO WITHDRAW CD |
|  | ) EXHIBIT SUBMITTED WITH SECOND |
| DAUGHTERS OF CHARITY HEALTH | ) AMENDED COMPLAINT |
| SYSTEMS, ET AL., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

Plaintiff's motion to withdraw the CD submitted in error as an exhibit to his Second Amended Complaint is GRANTED.

**IT IS SO ORDERED.**

Dated: October 6, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-02752-LHK
ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW CD EXHIBIT