UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MIGUEL ILAW, an individual, | Case No.: 11-CV-02752-LHK |
| Plaintiff, | ORDER DENYING WITHOUT PREJUDICE REQUEST TO SEAL RECORDS |
| v. | |
| DAUGHTERS OF CHARITY HEALTH SYSTEM, ET AL., | (re: dkt. # 67) |
| Defendants. | |

Plaintiff Miguel Ilaw's ("Plaintiff") action was dismissed with prejudice on February 6, 2012. *See* ECF No. 55. On March 9, 2012, Plaintiff filed a Request to Seal Records ("Sealing Motion") pursuant to: (1) the Privacy Act of 1974, 5 U.S.C. § 552a(g)(1)(A)-(D); (2) the Privacy Rule of 2006, 42 U.S.C. § 1320d; and (3) the Freedom of Information Act of 1966, 5 U.S.C. § 552 No. 6. *See* ECF No. 67. In his Sealing Motion, Plaintiff asks the Court to "seal records effective immediately, [sic] all his pleadings under this civil action involving protected health information." *Id.* at 1.

Pursuant to Civil Local Rule 79-5, "no document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof." If Plaintiff seeks to have any portion of the public record filed under seal, Plaintiff must file a narrowly tailored request identifying the specific document(s) or portions thereof that are entitled to sealing, and must provide the basis for withholding the

1

Case No.: 11-CV-02752-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL

1  information from the public.  *See* Civ. L.R. 79-5(a).  Any such request must conform with Civil

2  Local Rule 79-5(b) or (c).  *Id.*

3      Plaintiff's current Sealing Motion indiscriminately asks the Court to seal the entire record.

4  This request is overbroad.  Absent a narrowly tailored request identifying specific portions of

5  specific documents that Plaintiff believes are entitled to protection from public disclosure, the

6  Court is unable to grant Plaintiff's request in its current form.  Accordingly, Plaintiff's Sealing

7  Motion is DENIED without prejudice.  Should Plaintiff wish to file an amended administrative

8  motion to seal, he shall do so within 14 days of the date of this Order.

9  **IT IS SO ORDERED.**

11  Dated: July 9, 2012

                                               LUCY H. KOH
                                               United States District Judge

2

Case No.: 11-CV-02752-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL