UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MIGUEL ILAW, an individual, | ) | Case No.: 11-CV-02752-LHK |
| | ) | |
| Plaintiff, | ) | ORDER DENYING WITHOUT |
| v. | ) | PREJUDICE REQUEST TO SEAL |
| | ) | RECORDS |
| DAUGHTERS OF CHARITY HEALTH SYSTEM, ET AL., | ) ) | (re: dkt. # 67) |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Miguel Ilaw's ("Plaintiff") action was dismissed with prejudice on February 6, 2012. *See* ECF No. 55. On March 9, 2012, Plaintiff filed a Request to Seal Records ("Sealing Motion") pursuant to: (1) the Privacy Act of 1974, 5 U.S.C. § 552a(g)(1)(A)-(D); (2) the Privacy Rule of 2006, 42 U.S.C. § 1320d; and (3) the Freedom of Information Act of 1966, 5 U.S.C. § 552 No. 6. *See* ECF No. 67. In his Sealing Motion, Plaintiff asks the Court to "seal records effective immediately, [sic] all his pleadings under this civil action involving protected health information." *Id.* at 1.

Pursuant to Civil Local Rule 79-5, "no document may be filed under seal, i.e., closed to inspection by the public, except pursuant to a Court order that authorizes the sealing of the particular document, or portions thereof." If Plaintiff seeks to have any portion of the public record filed under seal, Plaintiff must file a narrowly tailored request identifying the specific document(s) or portions thereof that are entitled to sealing, and must provide the basis for withholding the

1

information from the public. *See* Civ. L.R. 79-5(a). Any such request must conform with Civil Local Rule 79-5(b) or (c). *Id.*

Plaintiff's current Sealing Motion indiscriminately asks the Court to seal the entire record. This request is overbroad. Absent a narrowly tailored request identifying specific portions of specific documents that Plaintiff believes are entitled to protection from public disclosure, the Court is unable to grant Plaintiff's request in its current form. Accordingly, Plaintiff's Sealing Motion is DENIED without prejudice. Should Plaintiff wish to file an amended administrative motion to seal, he shall do so within 14 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: July 9, 2012

LUCY H. KOH
United States District Judge

Case No.: 11-CV-02752-LHK
ORDER DENYING WITHOUT PREJUDICE MOTION TO SEAL

2